Case: **2:25−cv−02050**
Assigned To : **Norris, Mark S.**
Referral Judge: **Pham, Tu M.**
Assign. Date : **1/16/2025**
Description: **Dr. Fabian Reid v. Kentucky−Tennessee Conference Association of Seventh−Day Adventists, Inc.**