# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

DR. FABIAN REID,

    Plaintiff,

v.                                      Case No. 2:25-cv-2050-MSN-tmp
                                        JURY DEMAND

KENTUCKY – TENNESSEE CONFERENCE
ASSOCIATION OF SEVENTH-DAY
ADVENTISTS, INC.,

    Defendant.

## ORDER GRANTING RENEWED MOTION TO EXTEND DEADLINE TO FILE AMENDED COMPLAINT

Plaintiff renews his previous motion to extend the deadline to file his amended complaint. (ECF No. 26, "Renewed Motion.") Plaintiff's counsel has now consulted with Defendant's counsel, and although Defendant's counsel cannot consent to the Renewed Motion, counsel does not oppose it. The Renewed Motion is **GRANTED**. Plaintiff's First Amended Complaint filed May 28, 2025, at ECF No. 21, is accepted as timely filed.

**IT IS SO ORDERED**, this 12th day of June, 2025.

                                                      *s/ Mark S. Norris*
                                                      MARK S. NORRIS
                                                      UNITED STATES DISTRICT JUDGE