IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DR. FABIAN REID,

    Plaintiff,

v.                                       Case No. 2:25-cv-2050-MSN-tmp
                                       JURY DEMAND

KENTUCKY – TENNESSEE CONFERENCE
ASSOCIATION OF SEVENTH-DAY
ADVENTISTS, INC.,

    Defendant.

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULES 12(b)(5), 12(b)(6), 16(f), AND 41(b)**

Defendant seeks dismissal of this matter primarily based on Plaintiff's failure to file his amended complaint in accordance with this Court's order and counsel's failure to consult and comply with deadlines related to the Scheduling Order and Scheduling Conference. (ECF No. 19, "Motion.") The Court addressed these issues with counsel at the Scheduling Conference, and it expects that there will be no further issues. The Court has also now granted Plaintiff's Renewed Motion to Extend Deadline to File Amended Complaint and accepted as timely filed Plaintiff's First Amended Complaint filed May 28, 2025, at ECF No. 21. (*See* ECF No. 28.) Therefore, Defendant's Motion is **DENIED**.

    **IT IS SO ORDERED**, this 12th day of June, 2025.

                                                     *s/ Mark S. Norris*
                                                     MARK S. NORRIS
                                                     UNITED STATES DISTRICT JUDGE