UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DR. FABIAN REID, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 2:25-cv-02050 |
| KENTUCKY-TENNESSEE CONFERENCE ) | (Removed from the Chancery Court of |
| ASSOCIATION OF SEVENTH-DAY ) | Shelby County, Tennessee |
| ADVENTISTS, INC., ) | Case No. CH24-1648) |
| ) | |
|    Defendant. ) | |

## **CERTIFICATION**

The undersigned counsel hereby certifies that defense counsel has consulted with plaintiff's counsel on numerous occasions in a good-faith attempts to schedule mediation, such that all parties may abide by the August 15, 2025 deadline for the Mediator to file the Mediation Certification Form, as set out in this Honorable Court's 5/30/25 *Scheduling Order*. The undersigned counsel further certifies that despite these efforts, the delay in scheduling has required defense counsel to obtain a new set of dates the Mediator is available. As of this filing, defense counsel is awaiting notification from the Defendant as to which dates the Defendant is available for mediation. Defense counsel will provide the new dates to plaintiff's counsel after receiving this confirmation from Defendant, and continue communicating with plaintiff's counsel about this matter so that mediation can be scheduled and the Mediation Certification Form may be filed.

Respectfully submitted,

**ROGERS, SHEA & SPANOS**

**/s/ Helen S. Rogers /s/**

**HELEN SFIKAS ROGERS, #007025**
**STELLA K. MALLINAK, # 035209**
Attorneys for Defendant, Kentucky-
Tennessee Conference Association
of Seventh-Day Adventists, Inc.
*The Wind in the Willows Mansion*
2205 State Street
Nashville, Tennessee 37203-1850
(615) 320-0600 (Telephone)
(615) 321-4431 (Facsimile)
Helen@MidTNLawyers.com
s.mallinak@MidTNLawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via email and First Class Mail, postage prepaid to:

Mathew R. Zenner
Zenner Law, PLLC
320 Seven Springs Way, Suite 250
Brentwood, TN 37027
mrzennerlaw@gmail.com
*Attorney for Plaintiff*

W. Gary Blackburn
The Blackburn Firm, PLLC
315 Deaderick Street, Suite 1700
Nashville, TN 37238
gary@theblackburnfirm.com
*Attorney for Plaintiff*

On this the 15th day of August, 2025.        /s/ Helen S. Rogers /s/

Helen S. Rogers, #007025

2