UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

# MEDIATION CERTIFICATION

| | |
|---|---|
| Case number: 2:25-cv-02050 | Case title: Dr. Fabian Reid v. KY-TN Conf. Assoc. of Seventh-Day Adventists, Inc. |
| Plaintiff counsel: Mathew Zenner and W. Gary Blackburn | |
| Defendant counsel: Helen Sfikas Rogers and Stella Kamm Mallinak | |
| Presiding Judge: Mark S. Norris | Mediator: Gail Vaughn Ashworth |

I, Gail Vaughn Ashworth, in accordance with the Court's Plan for Alternative Dispute Resolution, 5.11(b), hereby certify that I conducted mediation proceedings in the above-styled case on October 27, 2025.

As a result of that mediation held on October 27, 2025.

☑ The case has settled in whole.

☐ Case settled prior to scheduling first mediation session.

☑ Parties have agreed that Counsel for Defendant will prepare settlement agreement and stipulation for dismissal to be filed with the Court.

---

☐ The case has not settled.

☐ Mediation will continue on _____.

☐ The parties may schedule another session at a later date.

☐ Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

---

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

| | |
|---|---|
| Mathew R. Zenner and W. Gary Blackburn<br>Counsel for Plaintiff | Stella Kamm Mallinake and Helen Sfikas Rogers |
| Date<br>August 3, 2021 | Electronic signature of Mediator:<br>s/ Gail Vaughn Ashworth |