UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DR. FABIAN REID,<br><br>  Plaintiff,<br><br>v.<br><br>KENTUCKY-TENNESSEE CONFERENCE ASSOCIATION OF SEVENTH-DAY ADVENTISTS, INC.,<br><br>  Defendant. | Civil Action No. 2:25-cv-02050<br>(Removed from the Chancery Court of Shelby County, Tennessee<br>Case No. CH24-1648) |

**STIPULATION FOR DISMISSAL**

Plaintiff, DR. FABIAN REID, and Defendant, KENTUCKY-TENNESSEE CONFERENCE ASSOCIATION OF SEVENTH-DAY ADVENTISTS, INC., have amicably resolved all matters in controversy and, pursuant to FRCP 41(a)(1)(A)(ii) jointly stipulate to a dismissal of this case with prejudice.  All parties to bear their own attorney's fees and cost.

**DATED** this ___ day of _____, 2025.

_____
**MARK S. NORRIS**
**UNITED STATES DISTRICT JUDGE**

**ROGERS, SHEA & SPANOS**

*/s/ HELEN S. ROGERS, BPR #007025*
Helen S. Rogers, BPR #007025
Stella K. Mallinak, BPR #035209
Attorneys for Defendant, Kentucky-Tennessee Conference
Association of Seventh-Day Adventists, Inc.
*The Wind in the Willows Mansion*
2205 State Street
Nashville, Tennessee 37203-1850
(615) 320-0600 (Telephone)
(615  321-4431 (Facsimile)
Helen@MidTNLawyers.com
S.mallinak@MidTNLawyers.com

**ZENNER LAW, PLLC**

*/s/ MATTHEW R. ZENNER, with permission Helen S. Rogers, BPR #007025*
Mathew R. Zenner, BPR #018969
Attorney for Plaintiff, Dr. Fabian Reid
Zenner Law, PLLC
320 Seven Springs Way, Suite 250
Brentwood, TN 37027 (615) 425-3476
mrzennerlaw@gmail.com

**THE BLACKBURN FIRM**

*/s/ W. GARY BLACKBURN, with permission Helen S. Rogers, BPR #007025*
W. Gary Blackburn, BPR #003484
Attorney for Plaintiff, Dr. Fabian Reid
The Blackburn Firm, PLLC
315 Deaderick Street, Suite 1700
Nashville, TN 37238
(615) 254-7770
gary@theblackburnfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via email and

First Class Mail, postage prepaid to:

Mathew R. Zenner, Esq.
*Attorney for Plaintiff, Dr. Fabian Reid*
Zenner Law, PLLC
320 Seven Springs Way, Suite 250
Brentwod, TN  37027
mrzennerlaw@gmail.com

W. Gary Blackburn, Esq.
*Attorney for Plaintiff, Dr. Fabian Reid*
The Blackburn Firm, PLLC
315 Deaderick Street, Suite 1700
Nashville, TN  37238
gary@theblackmanfirm.com

On this the  25th  day of November, 2025.          /s/ Helen S. Rogers /s/
                                                                          _____
                                                                          Helen S. Rogers, #007025