# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

DR. FABIAN REID,

    Plaintiff,

v.

KENTUCKY – TENNESSEE CONFERENCE
ASSOCIATION OF SEVENTH-DAY
ADVENTISTS, INC.,

    Defendant.

Case No. 2:25-cv-2050-MSN-tmp
JURY DEMAND

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Defendant's Notice of Removal (ECF No. 1), filed January 16, 2025.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation for Dismissal (ECF No. 37), filed November 25, 2025, this matter is hereby **DISMISSED WITH PREJUDICE**. All parties will bear their own attorney's fees and cost.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

November 26, 2025
Date